IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD L. WEBER,

    Petitioner,

v.

    Case No. 18-cv-58-jdp

STEPHANIE HOVE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Richard L. Weber's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 3/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |